No. 99–1482. OSAGE TRIBAL COUNCIL, ON BEHALF OF THE OSAGE TRIBE OF INDIANS *v.* DEPARTMENT OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 99–1486. SAC & FOX NATION OF OKLAHOMA ET AL. *v.* CUOMO, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1511. HALAT *v.* UNITED STATES; and
No. 99–8637. HOLCOMB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 193 F. 3d 852.

No. 99–1541. BECKER *v.* BECKER ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 99–1559. YUKINS, WARDEN *v.* BARKER. C. A. 6th Cir. Certiorari denied.

No. 99–1620. GARCIA ET AL. *v.* CONOCO, INC., ET AL.; and
No. 99–1621. ACUNA ET AL. *v.* BROWN & ROOT, INC., ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 200 F. 3d 335.

No. 99–1632. GRACIANO *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING. Commw. Ct. Pa. Certiorari denied.

No. 99–1633. U. S. BORAX INC. *v.* FORSTER, PERSONAL REPRESENTATIVE OF THE ESTATE OF READE, DECEASED. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 99–1634. THOMPSON *v.* BUDD CO. C. A. 6th Cir. Certiorari denied.

No. 99–1638. BRONNER BROS., INC. *v.* BLOUNT. C. A. 11th Cir. Certiorari denied.

No. 99–1639. SPIVEY ET UX., DBA THRIFTY INSTANT PRINT *v.* ROBERTSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1642. GOULD *v.* SMITH ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1643. GOULD *v.* SMITH ET AL. C. A. 11th Cir. Certiorari denied.